GORLICK, KRAVITZ & LISTHAUS, P.C.
Michael J. Vollbrecht, Esq. (MV 1118)
17 State Street, 4th Floor
New York, New York 10004
(212) 269-2500
MVollbrecht@gkllaw.com

Attorneys for Plaintiffs



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, PENSION FUND, ANNUITY
FUND, and TRAINING PROGRAM FUND, and
JOHN J. VIRGA, in his fiduciary capacity as Director,

                          Plaintiffs,

              - against -

BIG APPLE ROOFING & CONSTRUCTION CORP.
and HARRY MARKU,

                          Defendants.
------------------------------------------------------------------X

07 CV 3499

CERTIFICATE OF
IDENTIFICATION OF
CORPORATE AFFILIATION

1.    This Certificate is prepared in compliance with Rule 7.1 of the Local Civil Rules of the Southern and Eastern Districts of New York to enable judges and magistrates to evaluate possible disqualification or recusal.

2.    Plaintiffs Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund, and Training Program Fund, and John J. Virga, in his fiduciary capacity as Director have no corporate parents, subsidiaries, or affiliates.

Dated: New York, New York
         April 30, 2007

                                           GORLICK, KRAVITZ & LISTHAUS, P.C.
                                           Attorneys for Plaintiffs

                                           By: _____
                                           Michael J. Vollbrecht, Esq.
                                           MV 1118
                                           17 State Street, 4th Floor
                                           New York, New York 10004
                                           (212) 269-2500