AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, et al.,

    Plaintiffs,

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: 07 CV

BIG APPLE ROOFING & CONSTRUCTION CORP.
and HARRY MARKU,

    Defendants.

07 CV 3499

JUDGE CHIN

TO: (Name and Address of Defendant)

BIG APPLE ROOFING & CONSTRUCTION CORP.
321 DOUGLASS STREET
BROOKLYN, NEW YORK 11217

HARRY MARKU
321 DOUGLASS STREET
BROOKLYN, NEW YORK 11217

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

GORLICK, KRAVITZ & LISTHAUS, P.C.
17 STATE STREET, 4TH FLOOR
NEW YORK, NEW YORK 10004

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON
CLERK

DATE: MAY 0 2 2007

*Marcos Quintero*
BY DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate the appropriate method of service:*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion than residing therein.
☐ Name of person with whom the summons and complaint were left: _____
    Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing infomation contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
            Date                            *Signature of Server*

                                            _____
                                            *Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.

**DLS — Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, et al.,

        Plaintiff,

-against-                            AFFIDAVIT OF SERVICE
                                                      07 CV 3499

BIG APPLE ROOFING & CONSTRUCTION
CORP. AND HARRY MARKU,

        Defendant.
-------------------------------------------------------X
STATE OF NEW YORK   )
                         S.S.:
COUNTY OF ALBANY   )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 14TH day of May, 2007, at approximately the time of 12:30P.M., at the office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent served the SUMMONS AND COMPLAINT AND JUDGES' RULES upon BIG APPLE ROOFING & CONSTRUCTION CORP., the defendant in this action, by delivering to and leaving with DONNA CHRISTIE an agent of the Secretary of State, of the State of New York, two true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306 Business Corporation Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

        DONNA CHRISTIE is a white female, approximately 45 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 135 pounds with blonde hair and blue eyes.

DEBORAH LaPOINTE
Sworn to before me this
14TH day of May, 2007

_____
NOTARY PUBLIC

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No. 4721156
Comm. Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com