*CHiv, T*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED: 6/26/2007
```

GORLICK, KRAVITZ & LISTHAUS, P.C.
Michael J. Vollbrecht, Esq. (MV 1118)
17 State Street, 4ᵗʰ Floor
New York, New York  10004-1501
(212) 269-2500

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X

MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, PENSION FUND, ANNUITY
FUND, TRAINING PROGRAM FUND, and
JOHN J. VIRGA, in his fiduciary capacity as Director,

              Plaintiffs,

    - against -

BIG APPLE ROOFING & CONSTRUCTION CORP.
and HARRY MARKU,

              Defendants.

--------------------------------------------------------X

               07 Civ. 3499 (DC)


               STIPULATION AND ORDER
               VACATING JUDGMENT

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned the
attorneys of record for Plaintiffs and for Defendants in the above- captioned action, that the
Judgment entered on June 21, 2007 against Defendants be and the same hereby is vacated without
costs to any parties.

Dated:     New York, New York
        June 25, 2007

GORLICK, KRAVITZ & LISTHAUS, P.C.
Attorneys for Plaintiffs


By:_____
   Michael J. Vollbrecht, Esq.
   MV 1118
17 State Street, 4th Floor
New York, New York 10004-1501
(212) 269-2500

ARTHUR J. SEMETIS, P.C.
Attorney for Defendants


By:_____
   Arthur J. Semetis, Esq.
   (AS - 8477)
286 Madison Avenue, 14ᵗʰ Floor
New York, New York  10017
(212) 557-3000

06/25/2007  11:17    2125575051                    RIUELISPAWABLUMSEMET                    PAGE  04/04
06/25/2007  09:46    2122692540                    GKL PC                                  PAGE  07/07

SO ORDERED:

Hon. Denny Chin, U.S.D.J.

6|26|07

- 2 -