GORLICK, KRAVITZ & LISTHAUS, P.C.
Michael J. Vollbrecht, Esq. (MV 1118)
17 State Street, 4th Floor
New York, New York 10004-1501
(212) 269-2500
MVollbrecht@gkllaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, PENSION FUND, ANNUITY
FUND, and TRAINING PROGRAM FUND, and         :   07 Civ. 3499 (DC)
JOHN J. VIRGA, in his fiduciary capacity as Director,

      Plaintiffs,

    - against -                                      :   AFFIDAVIT OF SERVICE

BIG APPLE ROOFING & CONSTRUCTION CORP.
and HARRY MARKU,

      Defendants.
------------------------------------------------------------------X
STATE OF NEW YORK   )
                    )
COUNTY OF NEW YORK )

    MICHAEL S. ADLER, being duly sworn, deposes and says:

    On September 26, 2007, I served a true and correct copy of the Amended Complaint in the above-referenced action upon defendants BIG APPLE ROOFING & CONSTRUCTION CORP. and HARRY MARKU, via service on counsel for defendants Constantine T. Tzifas, Esq. and Arthur J. Semetis, Esq., via first class mail and via e-mail at the following addresses:

Constantine T. Tzifas, Esq.
Arthur J. Semetis, Esq.
Arthur J. Semetis, P.C.
286 Madison Avenue
Fourteenth Floor
New York, New York 10017

ctzifas@semetislaw.com

    Counsel for defendants agreed via telephone conference on September 26, 2007 to accept service on behalf of defendants BIG APPLE ROOFING & CONSTRUCTION CORP. and HARRY MARKU via the above referenced means.

*/s/ Michael S. Adler*<br>
Michael S. Adler

Sworn to before me this
26 day of September 2007

_____
Notary Public

DENNIS E. TOREGGIANI
Notary Public, State of New York
No. 02TO6119910
Qualified in Kings County
Commission Expires December 6, 2008