UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, PENSION FUND, ANNUITY
FUND and TRAINING PROGRAM FUND and,                    07 Civ. 3499 (DC)
JOHN J. VIRGA, in his fiduciary capacity as Director,

                         Plaintiffs                    FRCP § 7.1 DISCLOSURE

            -against-

BIG APPLE ROOFING & CONSTRUCTION CORP.
and HARRY MARKU,

                         Defendants.
----------------------------------------------------------------X

       Defendant Big Apple Roofing & Construction Corp. by its attorneys, Arthur J. Semetis,

P.C., 286 Madison Avenue, 14th Floor, New York, New York 10017, pursuant to FRCP § 7.1

states as follows:

       1.  Defendant Big Apple Roofing & Construction Corp. is a corporation organized and

existing under the laws of the State of New York and does not have any subsidiaries, affiliates or

a parent corporation.

       **WHEREFORE,** Big Apple Roofing & Construction Corp., respectfully sets forth the

foregoing pursuant to FRCP § 7.1.

Dated: October 23, 2007
       New York, New York

                              Arthur J. Semetis, P.C.


                                   /s/
                         By:_____
                            Constantine T. Tzifas (CTT-9348)
                         Attorneys for *Big Apple Roofing & Construction Corp.*
                         286 Madison Avenue, 14th Floor
                         New York, New York 10017
                         (212) 557-3000

<u>CERTIFICATE OF SERVICE</u>

**CONSTANTINE T. TZIFAS**, an attorney duly admitted to practice before United States District Court for the Southern District of New York affirms under the penalties of perjury:

On October 23, 2007, deponent served the within "FRCP § 7.1 DISCLOSURE" upon:

Michael Vollbrecht, Esq.
Gorlick, Kravitz & Listhaus, P.C.
17 State Street, 4th Floor
New York, NY 10004

by delivering true copies, via first class mail under the exclusive custody and control of the U.S. Postal Service, of same to the above addresses.

/s/
_____
Constantine T. Tzifas