UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, PENSION FUND, ANNUITY
FUND and TRAINING PROGRAM FUND and,
JOHN J. VIRGA, in his fiduciary capacity as Director,   07 Civ. 3499 (DC)

       Plaintiffs      ANSWER

   -against-

BIG APPLE ROOFING & CONSTRUCTION CORP.
and HARRY MARKU,

       Defendants.
------------------------------------------------------------------X

Defendant, Big Apple Roofing & Construction Corp. ("Big Apple"), by its attorneys, Arthur J. Semetis, P.C., answers the Amended Complaint (the "Amended Complaint"), upon information and belief, as follows:

### AS AND FOR A RESPONSE TO THE
### NATURE OF THE ACTION AND JURISDICTION

1. Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraphs 1, 2 and 3 of the Amended Complaint.

### AS AND FOR A RESPONSE
### TO THE PARTIES

2. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs 4, 5 and 6 of the Amended Complaint.

3. Admits the truth of the allegations set forth in paragraph 7 of the Amended Complaint that Big Apple is a domestic corporation and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 7 of the Amended Complaint.

4. Denies the truth of the allegations set forth in paragraph 8 of the Amended Complaint.

**AS AND FOR A RESPONSE
TO THE FIRST CLAIM FOR RELIEF**

5. In response to the allegations set forth in paragraph 9 of the Amended Complaint, Big Apple repeats, reiterates and re-alleges its responses to paragraphs 1 through 8 of the Amended Complaint as if fully set forth herein.

6. Denies the truth of the allegations set forth in paragraphs 10, 11, 12 and 13 of the Amended Complaint.

**AS AND FOR A RESPONSE
TO THE SECOND CLAIM FOR RELIEF**

7. In response to the allegations set forth in paragraph 14 of the Amended Complaint, Big Apple repeats, reiterates and re-alleges its responses to paragraphs 1 through 13 of the Amended Complaint as if fully set forth herein.

8. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs 14, 15, 16, 17 and 18 of the Amended Complaint.

**AS AND FOR A RESPONSE
TO THE THIRD CLAIM FOR RELIEF**

9. In response to the allegations set forth in paragraph 19 of the Amended Complaint, Big Apple repeats, reiterates and re-alleges its responses to paragraphs 1 through 18 of the Amended Complaint as if fully set forth herein.

10. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs 20 and 22 of the Amended Complaint.

11. Denies the truth of the allegations set forth in paragraphs 21 and 23 of the Amended Complaint.

**AS AND FOR A RESPONSE TO THE
FOURTH CLAIM FOR RELIEF**

12. In response to the allegations set forth in paragraph 24 of the Amended Complaint, Big Apple repeats, reiterates and re-alleges its responses to paragraphs 1 through 23 of the Amended Complaint as if fully set forth herein.

13. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs 25, 26, 27, 28, 29, 30 and 31 of the Amended Complaint.

**AS AND FOR A RESPONSE TO THE
FIFTH CLAIM FOR RELIEF**

14. In response to the allegations set forth in paragraph 32 of the Amended Complaint, Big Apple repeats, reiterates and re-alleges its responses to paragraphs 1 through 31 of the Amended Complaint as if fully set forth herein.

15. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs 33 and 34 of the Amended Complaint.

**AS AND FOR A RESPONSE TO THE
SIXTH CLAIM FOR RELIEF**

16. In response to the allegations set forth in paragraph 35 of the Amended Complaint, Big Apple repeats, reiterates and re-alleges its responses to paragraphs 1 through 34 of the Amended Complaint as if fully set forth herein.

17. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs 36 and 37 of the Amended Complaint.

**AS AND FOR A RESPONSE TO THE
SEVENTH CLAIM FOR RELIEF**

18. In response to the allegations set forth in paragraph 38 of the Amended Complaint, Big Apple repeats, reiterates and re-alleges its responses to paragraphs 1 through 37 of the Amended Complaint as if fully set forth herein.

19. Denies the truth of the allegations set forth in paragraphs 39, 40, 41 and 42 of the Amended Complaint.

## AS AND FOR A RESPONSE TO THE
## EIGHTH CLAIM FOR RELIEF

20. In response to the allegations set forth in paragraph 43 of the Amended Complaint, Big Apple repeats, reiterates and re-alleges its responses to paragraphs 1 through 42 of the Amended Complaint as if fully set forth herein.

21. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs 44, 45 and 46 of the Amended Complaint.

## AS AND FOR A RESPONSE TO THE
## NINTH CLAIM FOR RELIEF

22. In response to the allegations set forth in paragraph 47 of the Amended Complaint, Big Apple repeats, reiterates and re-alleges its responses to paragraphs 1 through 46 of the Amended Complaint as if fully set forth herein.

23. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 48 of the Amended Complaint and respectfully refers the Court to the Agreement at the trial of this action for its true terms and conditions.

24. Denies the truth of the allegations set forth in paragraphs 49, 50 and 51 of the Amended Complaint.

## AS AND FOR A RESPONSE TO THE
## TENTH CLAIM FOR RELIEF

25. In response to the allegations set forth in paragraph 52 of the Amended Complaint, Big Apple repeats, reiterates and re-alleges its responses to paragraphs 1 through 51 of the Amended Complaint as if fully set forth herein.

26. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs 53, 54 and 55 of the Amended Complaint.

## AS AND FOR A RESPONSE TO THE
## ELEVENTH CLAIM FOR RELIEF

27. In response to the allegations set forth in paragraph 56 of the Amended Complaint, Big Apple repeats, reiterates and re-alleges its responses to paragraphs 1 through 55 of the Amended Complaint as if fully set forth herein.

28. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 57, 58, 59, 60 and 62 of the Amended Complaint.

29. Denies the truth of the allegations set forth in paragraph 61 of the Amended Complaint.

## AS AND FOR A RESPONSE TO THE
## TWELFTH CLAIM FOR RELIEF

30. In response to the allegations set forth in paragraph 63 of the Amended Complaint, Big Apple repeats, reiterates and re-alleges its responses to paragraphs 1 through 62 of the Amended Complaint as if fully set forth herein.

31. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 64 of the Amended Complaint.

32. Denies the truth of the allegations set forth in paragraphs 65, 66 and 67 of the Amended Complaint.

## AS AND FOR A RESPONSE TO THE
## THIRTEENTH CLAIM FOR RELIEF

33. In response to the allegations set forth in paragraph 68 of the Amended Complaint, Big Apple repeats, reiterates and re-alleges its responses to paragraphs 1 through 67 of the Amended Complaint as if fully set forth herein.

34. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs 69, 70 and 71 of the Amended Complaint.

### AS AND FOR A RESPONSE TO THE
### FOURTEENTH CLAIM FOR RELIEF

35. In response to the allegations set forth in paragraph 72 of the Amended Complaint, Big Apple repeats, reiterates and re-alleges its responses to paragraphs 1 through 71 of the Amended Complaint as if fully set forth herein.

36. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs 73, 74 and 75 of the Amended Complaint.

### AS AND FOR A RESPONSE TO THE
### FIFTEENTH CLAIM FOR RELIEF

37. In response to the allegations set forth in paragraph 76 of the Amended Complaint, Big Apple repeats, reiterates and re-alleges its responses to paragraphs 1 through 75 of the Amended Complaint as if fully set forth herein.

38. Denies the truth of the allegations set forth in paragraphs 77, 78, 79, 81 and of the Amended Complaint.

39. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 80 of the Amended Complaint.

### AS AND FOR A RESPONSE TO THE
### SIXTEENTH CLAIM FOR RELIEF

40. In response to the allegations set forth in paragraph 83 of the Amended Complaint, Big Apple repeats, reiterates and re-alleges its responses to paragraphs 1 through 82 of the Amended Complaint as if fully set forth herein.

41. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs 84 and 86 of the Amended Complaint.

42. Denies the truth of the allegations set forth in paragraphs 85, 87 and 88 of the Amended Complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

43. Big Apple disputes Plaintiffs' claims, inasmuch as all sums due have been paid.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

44. Plaintiffs' claims include requests for payments for which Big Apple has no responsibility or liability.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

45. The Amended Complaint fails to state a cause of action upon which relief may be granted.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

46. Plaintiffs' claims are barred by the applicable statutes of limitation.

**WHEREFORE**, Big Apple Roofing & Construction Corp. seeks judgment against Plaintiffs as follows:

a) Dismissing Plaintiffs' Amended Complaint in its entirety; and

b) Awarding attorney's fees, costs and disbursements and interest.

Dated: New York, New York
October 23, 2007

Arthur J. Semetis, P.C.

/s/
By:_____
   Constantine T. Tzifas, Esq. (CTT-9348)
Attorneys for *Big Apple Roofing & Construction Corp.*
286 Madison Avenue – 14th Floor
New York, New York 10017
(212) 557-5055

<u>CERTIFICATE OF SERVICE</u>

**CONSTANTINE T. TZIFAS**, an attorney duly admitted to practice before United States District Court for the Southern District of New York affirms under the penalties of perjury:

On October 23, 2007, deponent served the within "ANSWER" upon:

Michael Vollbrecht, Esq.
Gorlick, Kravitz & Listhaus, P.C.
17 State Street, 4th Floor
New York, NY 10004

by delivering true copies, via first class mail under the exclusive custody and control of the U.S. Postal Service, of same to the above addresses.

/s/
_____
Constantine T. Tzifas (CTT-9348)

**Docket No.: 07-CV-3499**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, PENSION FUND, ANNUITY
FUND and TRAINING PROGRAM FUND and,
JOHN J. VIRGA, in his fiduciary capacity as Director,

                            Plaintiffs

              -against-

BIG APPLE ROOFING & CONSTRUCTION CORP.
and HARRY MARKU,

                           Defendants.
-----------------------------------------------------------------X


## ANSWER


**ARTHUR J. SEMETIS, P.C.**
**286 Madison Avenue**
**14th Floor**
**New York, New York 10017**
**(212) 557-5055**

To:
Attorney(s) for: _____

Service of a copy of the within                        is hereby admitted.

Dated:
........................................................
Attorney(s) for: