# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### 500 PEARL STREET NEW YORK, N.Y. 10007

**J. Michael McMahon**
**Clerk of the Court**

- - - - - - - - - - - - - - - - - - - - - - - - - - x
Mason Tenders District Council
Welfare Fund,

             Plaintiff(s),            07   Civ.  3499  (DC)

             - against -

Big Apple Roofing & Construction
Corp, et al.,

             Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - x

        The above-captioned action has been assigned to Judge Denny Chin.

        Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

        This conference will be held on <u>January 25, 2008 at 11:30 A.M.</u>, in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

        Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

        **Please send a copy of this notice to your adversary,** and mail a copy of a transmittal letter to the undersigned. All communication regarding scheduling should be directed to Judge Chin's courtroom deputy.

Dated:     New York, New York
           December 21, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/21/07_

Sincerely,

David Tam
Courtroom Deputy Clerk
U.S.D.C. - S.D.N.Y.
500 Pearl Street, Rm. 1020
New York, New York 10007
(212) 805-0096